**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TOMAS GRANADOS, | ) | |
| | ) | |
| Petitioner, | ) | 3:10-cv-00456-ECR-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT LEGRAND, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. On August 4, 2010, the Court entered an order filing the petition, denying appointment of counsel and directing respondents to file and serve a responsive pleading within forty-five days. That deadline expired on September 18, 2010, but not response has been filed. The Court will set a new filing deadline and shall require respondents to demonstrate excusable neglect before considering any sanctions for failure to follow the order of the court.

**IT IS THEREFORE ORDERED** that respondents shall have until December 15, 2010 to file a responsive pleading to this petition and to demonstrate good cause for failing to respond as previously ordered by this Court.

Dated this 18th day of November, 2010

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE