UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TOMAS GRANADOS, | ) | |
| Petitioner, | ) | 3:10-cv-00456-ECR-RAM |
| vs. | ) | **ORDER** |
| ROBERT LEGRAND, *et al.*, | ) | |
| Respondents. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. On March 11, 2011, respondents' filed a Motion for a More Definite Statement. (ECF No. 16). Although the response was due by March 28, 2011, none has been received and petitioner has not sought an extension of the filing deadline.

The Local Rules of Civil Procedure, Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion shall be considered a concession that the motion has merit. Therefore, the Court will grant the motion for a more definite statement and direct petitioner to amend his petition to clarify his claims in Ground One. Failure to comply with this Order may result in dismissal of that ground for relief.

**IT IS THEREFORE ORDERED** that respondents Motion for a More Definite Statement (ECF No. 16) is **GRANTED**. Petitioner shall have thirty days to file an amended petition providing a more specific statement of his claims raised in ground one of the petition. Failure to

1  timely comply to this Order will result in dismissal of ground one from the petition.
2        **IT IS FURTHER ORDERED** the response to the petition shall be filed twenty days
3  after petitioner files his amended petition or passage of the deadline therefore.
4        Dated this 18th day of April 2011.

                                                */s/ Edward C. Reed*
                                                UNITED STATES DISTRICT JUDGE