UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAS GRANADOS, | ) |
| Petitioner, | ) 3:10-cv-00456-ECR-RAM |
| vs. | ) **ORDER** |
| ROBERT LEGRAND, *et al.*, | ) |
| Respondents. | ) |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, brought by Tomas Granados, an inmate at the Lovelock Correctional Center in Northern Nevada. Petitioner has been directed to provide a more definite statement based on respondents' unopposed motion seeking the same. *See* ECF Nos. 16 and 17.

Petitioner has now, belatedly, filed a response to the motion and asks the Court to reconsider appointing counsel (ECF Nos. 18 and 19.) The Court will grant petitioner's Motion for Appointment of Counsel. The petition filed in this action includes numerous claims and , as respondents' motion indicates, it is not clear exactly what grounds petitioner is trying to bring. Moreover, petitioner faces a lengthy sentence: two terms of imprisonment totally a maximum of 26 years.

Therefore, the Federal Public Defender for the District of Nevada (FPD) shall be appointed to represent petitioner. If the FPD is unable to represent petitioner, due to a conflict of interest or other reason, then alternate counsel for petitioner shall be located, and the Court will enter

a separate order appointing such alternate counsel. In either case, counsel will represent petitioner in all future federal proceedings relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

The Court notes that the action has already been pending for some considerable time and the parties are advised that further delays are discouraged.

**IT IS THEREFORE ORDERED** that petitioner's Motion to Reconsider Appointment of Counsel (ECF No. 19) is **GRANTED**. The Federal Public Defender is appointed to represent Petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the Federal Public Defender for the District of Nevada (FPD) a copy of this Order, together with a copy of the petition for writ of habeas corpus and its attachments (ECF No. 5). The FPD shall have thirty (30) days from the date of entry of this Order to file a notice of appearance or to indicate to the Court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that the Clerk shall **RESUBMIT** this case to the Court after the FPD has appeared as counsel for petitioner, after the FPD has indicated its inability to represent petitioner, or after thirty (30) days from the entry of this Order, whichever occurs first.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the Court will issue a scheduling order, which will, among other things, set a deadline for the filing of a First Amended Petition. The deadline previously set requiring petitioner to provide a more definite statement is hereby vacated.

Dated this 22nd day of April 2011.

_____
UNITED STATES DISTRICT JUDGE