UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TOMAS GRANADOS,

   Petitioner,    3:10-cv-00456-ECR-RAM

vs.    **ORDER**

ROBERT LEGRAND, *et al.*,

   Respondents.

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. On October 26, 2011, petitioner, represented by appointed counsel, filed a Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus (ECF No 29) and a Declaration in support of the motion (ECF No. 30). The respondents express no opposition to the motion. Good cause appearing, the motion (ECF No. 29) is **granted.** The petitioner is **dismissed with prejudice**. The Clerk shall enter judgment accordingly.

   **IT IS SO ORDERED**.

Dated this 8th day of November, 2011

            _Edward C. Reed_
            UNITED STATES DISTRICT JUDGE