AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

TOMAS GRANADOS,

    Petitioner,    JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00456-ECR-RAM**

ROBERT LEGRAND, et al.,

    Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Voluntarily Dismiss the Petition for Writ of Habeas Corpus (Dkt. No. 29) is GRANTED. The petitioner is dismissed with prejudice.

| November 8, 2011 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | /s/ Katie Lynn Ogden |
| | Deputy Clerk |